**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **Criminal No. 3:19cr00002(s)** |
| | § | |
| | § | |
| **WARREN C. CLARK** | § | **UNDER SEAL** |

**UNITED STATES' EXHIBIT INDEX**

The United States of America, by and through its attorneys, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and S. Mark McIntyre and Craig M. Feazel, Assistant United States Attorneys, and Michael J. Dittoe, Trial Attorney for the National Security Division, Department of Justice files this its Exhibit Index for trial.

Respectfully submitted,

Alamdar Hamdani
United States Attorney

By:     */s/ S. Mark Mcintyre*
          S. Mark Mcintyre
          Craig M. Feazel
          Assistant United States Attorneys
          (713) 567-9000

          Michael J. Dittoe
          Trial Attorney
          Counterterrorism Section
          National Security Division
          Department of Justice

Page **1** of **22**

## **Certificate of Service**

I certify that, on the date this was filed with the Court, a copy of this foregoing

was provided to Counsel for the Defendant via CM/ECF on September15, 2023.

/s/ S. Mark McIntyre
S. Mark McIntyre
Assistant U.S. Attorney

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 1-1 | YouTube – Jihadi Fan Club - Are Radicalized American Muslims Justified (Part 1) | | | |
| 1-2 | YouTube – Jihadi Fan Club - Are Radicalized American Muslims Justified (Part 2) | | | |
| 1-3 | YouTube – Jihadi Fan Club - Are Radicalized American Muslims Justified (Part 3) | | | |
| 1-4 | YouTube – Jihadi Fan Club - Are Radicalized American Muslims Justified (Part 4) | | | |
| 1-5 | YouTube – Jihadi Fan Club - Are Radicalized American Muslims Justified (Part 5) | | | |
| 1-6 | YouTube – Jihadi Fan Club - Islamic State Project_ Shariah Controlled Zones Coming to Britain | | | |
| 1-7 | YouTube – Jihadi Fan Club - MALCOLM X_ THE Muslim HOUSE NEGRO & THE Muslim FIELD NEGRO | | | |
| 1-8 | YouTube – Jihadi Fan Club - Muslims Hate Democracy and Want Islamic Law | | | |
| 1-9 | YouTube – Jihadi Fan Club - Re_ Islam In America_ Muslim Christian Fight In The Streets! | | | |
| | | | | |
| 2 | Yahoo Emails (Warrenclark64@yahoo.com) | | | |
| 2A | 2019 Oath Holdings Business Records Declaration | | | |
| 2B | 2015 Yahoo Holdings Business Records Declaration | | | |
| | | | | |
| 2-1 | 05/01/2008 Warren Clark Resume | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-2 | 03/03/2010 Email Request to Distribute Literature | | | |
| 2-3 | 03/04/2010 Warren Clark Article about Caliphate | | | |
| 2-4 | 03/03/2010 Email Re: Permission Request to distribute article | | | |
| 2-5 | 03/04/2010 Warren Article I want you to Read | | | |
| 2-6 | 03/04/2010 The New Article | | | |
| 2-7 | 03/05/2010 Permission Request from ISGH | | | |
| 2-8 | 03/05/2010 New Article | | | |
| 2-9 | 03/06/2010 Warren New Article | | | |
| 2-10 | 03/07/2010 Warren Video | | | |
| 2-11 | 03/07/2010 Real Muslims Hate American Soldiers and Love the "Terrorist" | | | |
| 2-12 | 03/07/2010 Real Muslims Hate American Soldiers and Love the "Terrorist" | | | |
| 2-13 | 03/08/2010 Email re pacifism being un-Islamic | | | |
| 2-14 | 03/08/2010 Email fighting vs pacifism | | | |
| 2-15 | 03/08/2010 Email fighting vs pacifism | | | |
| 2-16 | 03/09/2010 Email fighting vs pacifism | | | |
| 2-17 | 03/10/2010 Email true Muslims are not friends with Christians | | | |
| 2-18 | 03/12/2010 Warren Article (Don't take Jews and Christians as friends) | | | |
| 2-19 | 03/13/2010 Violence vs. Pacifism | | | |
| 2-20 | 03/23/2010 Email Re Audio File Editing | | | |
| 2-21 | 06/09/2010 Obama kills innocent civilians on purpose | | | |
| 2-22 | 08/14/2010 Email Re: Shahbaz joining organizations | | | |
| 2-23 | 08/15/2010 The argument from yesterday | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-24 | 08/16/2010 Warrens Ramadan question. A MUST READ | | | |
| 2-25 | 08/16/2010 Warrens Ramadan question. A MUST READ | | | |
| 2-26 | 08/16/2010 Warrens Ramadan question. A MUST READ | | | |
| 2-27 | 08/16/2010 Warrens Ramadan question. A MUST READ | | | |
| 2-28 | 08/17/2010 The argument from yesterday | | | |
| 2-29 | 08/28/2010 You would HATE Muhammad if you met him (MUST READ!!) | | | |
| 2-30 | 08/28/2010 You would HATE Muhammad if you met him (MUST READ!!) | | | |
| 2-31 | 08/29/2010 You would HATE Muhammad if you met him (MUST READ!!) | | | |
| 2-32 | 09/17/2010 Secrets of the CIA | | | |
| 2-33 | 10/14/2010 Why do people hate the "j" word? | | | |
| 2-34 | 10/16/2010 The Bull (the best story I ever heard) | | | |
| 2-35 | 10/25/2010 Democracy hypocrisy | | | |
| 2-36 | 11/09/2010 Call of Duty Video Game, the Islamic Version | | | |
| 2-37 | 11/11/2010 Veterans Day Muslim Style. | | | |
| 2-38 | 11/12/2010 Veterans Day Muslim Style. | | | |
| 2-39 | 11/12/2010 Re Veterans Day Muslim Style. | | | |
| 2-40 | 11/12/2010 Removal from Email Chain | | | |
| 2-41 | 11/12/2010 Re Veterans Day Muslim Style. | | | |
| 2-42 | 11/12/2010 Re Removal from List | | | |
| 2-43 | 11/13/2010 Veterans Day Muslim Style. | | | |
| 2-44 | 11/13/2010 Veterans Day Muslim Style. | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-45 | 11/13/2010 Veterans Day Muslim Style. | | | |
| 2-46 | 11/14/2010 Veterans Day Muslim Style. | | | |
| 2-47 | 11/23/2010 Will you be a stranger? | | | |
| 2-48 | 11/20/2010 – Re: Will you be a stranger? | | | |
| 2-49 | 12/17/2010 America's war on Islam…just another sign | | | |
| 2-50 | 12/10/2010 America's war on Islam…just another sign | | | |
| 2-51 | 12/14/2010 America's war on Islam…just another sign | | | |
| 2-52 | 12/15/2010 America's war on Islam…just another sign | | | |
| 2-53 | 12/17/2010 Muslims & Devil worshipers find common ground… how Satanic are you? | | | |
| 2-54 | 12/23/2010 America's war on Islam…just another sign | | | |
| 2-55 | 12/24/2010 New Years Message | | | |
| 2-56 | 12/24/2010 America's war on Islam…just another sign | | | |
| 2-57 | 12/31/2010 Take a Test to see if Allah (swt) considers you a non Muslim. Read ASAP | | | |
| 2-58 | 01/06/2011 Who's Afraid of the FBI? | | | |
| 2-59 | 01/14/2011 10 Reasons Why America should be ruled by Islamic Law | | | |
| 2-60 | 01/14/2011 10 Reasons Why America should be ruled by Islamic Law | | | |
| 2-61 | 01/14/2011 10 Reasons Why America should be ruled by Islamic Law | | | |
| 2-62 | 01/21/2011 10 Reasons Why America should be ruled by Islamic Law | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-63 | 01/21/2011 10 Reasons Why America should be ruled by Islamic Law | | | |
| 2-64 | 01/21/2011 10 Reasons Why America should be ruled by Islamic Law | | | |
| 2-65 | 01/23/2011 What my family said about Muslims | | | |
| 2-66 | 01/27/2011 I Guess I'm Not So Crazy After All… Phew! | | | |
| 2-67 | 01/31/2011 Meet up on Tuesday. Protest Incident | | | |
| 2-68 | 03/24/2011 donation | | | |
| 2-69 | 04/02/2011 Deadly riot over Quran burning… how should Muslims react? | | | |
| 2-70 | 04/02/2011 Deadly riot over Quran burning… how should Muslims react? | | | |
| 2-71 | 04/04/2011 donation | | | |
| 2-72 | 04/15/2011 My brother the Islamist | | | |
| 2-73 | 04/03/2011 Islamic lectures from Warren | | | |
| 2-74 | 07/29/2011 Thank you for your donation. | | | |
| 2-75 | 10/08/2011 I almost forgot | | | |
| 2-76 | 02/04/2012 Brochure Request to Choudary | | | |
| 2-77 | 09/14/2012 Warren: Voting at the Masjid | | | |
| 2-78 | 09/30/2012 Voting | | | |
| 2-79 | 09/30/2012 Voting | | | |
| 2-80 | 12/18/2012 Offer of Employment - Al Khaleej Training & Education | | | |
| 2-81 | 12/19/2012 Offer of Employment - Al Khaleej Training & Education | | | |
| 2-82 | 12/25/2012 Offer of Employment - Al Khaleej Training & Education | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-83 | 01/01/2013 Email for Authorization to access Academic Record | | | |
| 2-84 | 01/02/2013 Warren Clark Visa information | | | |
| 2-85 | 01/26/2013 Visa information status | | | |
| 2-86 | 01/19/2013 Email Re Job Opening in Saudi Arabia | | | |
| 2-87 | 01/25/2013 Al khalej training and education | | | |
| 2-88 | 02/11/2013 Degree verification Warren Clark | | | |
| 2-89 | 02/27/2013 Warren Clark resent documents | | | |
| 2-90 | 02/27/2013 Document Warren Clark | | | |
| 2-91 | 03/11/2013 Warren Clark Visa | | | |
| 2-92 | 03/24/2013 Warren Clark Visa Approved ! | | | |
| 2-93 | 03/24/2013 Warren Clark Visa Approved ! | | | |
| 2-94 | 04/12/2013 Clarks Biographical Details to ELC | | | |
| 2-94A | Attachment to 2-94 Email | | | |
| 2-95 | 04/16/2013 Warren Clark Re: Clark's New Facebook Page | | | |
| 2-96 | 05/24/2013 from Ahmad to warren , this is my cv | | | |
| 2-97 | 07/12/2013 Warren Job Information | | | |
| 2-98 | 07/23/2013 Warren Clark drivers license | | | |
| 2-99 | 09/18/2013 Email from Choudary re: Demonstration Outside Iranian Embassy | | | |
| 2-100 | 11/19/2013 Warren Clark: Incident that happened on Tuesday | | | |
| 2-101 | 11/22/2013 Email to Oxford Seminars Re English Teaching | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-102 | 11/30/2013 Edited Resume and Cover Letter | | | |
| 2-103 | 11/28/2013 Second placement (Overseas) | | | |
| 2-104 | 12/16/2013 Status of Job Search Leads | | | |
| 2-105 | 12/02/2013 Warren plane flight and Paycheck | | | |
| 2-106 | 12/30/2013 Follow up with Recruiters | | | |
| 2-107 | 06/27/2014 Action Figure Estimate | | | |
| 2-108 | 07/12/2014 Action Figure | | | |
| 2-109 | 07/12/2014 Action Figure | | | |
| 2-110 | 07/17/2014 Clay model confirmation | | | |
| 2-111 | 07/23/2014 Email: Re Action Figure | | | |
| 2-112 | 07/23/2014 Email: Re Action Figure | | | |
| 2-113 | 07/23/2014 Hetai quotation of action figures. | | | |
| 2-114 | 07/28/2014 Hetai quotation of action figures. | | | |
| 2-115 | 07/29/2014 sample for confirmation | | | |
| 2-116 | 07/30/2014 Action Figure Drawing | | | |
| 2-117 | 07/30/2014 Action figures | | | |
| 2-118 | 09/16/2014 Email Re: ISIS patch estimate | | | |
| 2-119 | 09/23/2014 Email Re: ISIS patch estimate | | | |
| 2-120 | 02/02/2015 Photos Emailed to Self | | | |
| 2-121 | 02/02/2015 Photos Emailed to Self | | | |
| 2-122 | 02/02/2015 Photos Emailed to Self and Video Captions | | | |
| 2-123 | 02/02/2015 Photos Emailed to Self | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-124 | 02/02/2015 Photos Emailed to Self | | | |
| 2-125 | 02/02/2015 [Photos Emailed to Self | | | |
| 2-126 | 02/02/2015 Photos Emailed to Self | | | |
| 2-127 | 02/02/2015 Photos Emailed to Self | | | |
| 2-128 | 02/02/2015 Photos Emailed to Self | | | |
| 2-129 | 02/06/2015 Chris's email Aramco project | | | |
| 2-129A | PowerPoint – Service delivery model | | | |
| 2-130 | 02/07/2015 Chris's Project | | | |
| 2-130A | PowerPoint template | | | |
| 2-130B | Saudi Aramco Powerpoint | | | |
| 2-131 | 02/08/2015 Email RE: Clark's Number | | | |
| 2-132 | 02/10/2015 Clark Email Re: Facebook Disabled | | | |
| 2-133 | 02/26/2015 Hey | | | |
| 2-134 | 02/26/2015 Hey | | | |
| 2-135 | 02/26/2015 Hey | | | |
| 2-136 | 02/26/2015 Email Re: English Time | | | |
| 2-137 | 02/26/2015 Email Re: English Time | | | |
| 2-138 | 02/26/2015 Hey | | | |
| 2-139 | 03/02/2015 English Time | | | |
| 2-140 | 03/02/2015 Warren Clark Interview | | | |
| 2-141 | 03/06/2015 Warren Clark Interview | | | |
| 2-142 | 03/18/2015 Saudi Jobs | | | |
| 2-143 | 03/18/2015 Saudi Jobs | | | |
| 2-144 | 03/18/2015 Saudi Jobs | | | |
| 2-145 | 03/18/2015 Saudi Jobs | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-146 | 03/18/2015 Saudi Jobs | | | |
| 2-147 | 04/03/2015 Warren Email | | | |
| 2-148 | 04/12/2015 OEM Doll Request | | | |
| 2-149 | 05/11/2015 Warren Email | | | |
| 2-150 | 05/18/2015 Warren Clark Konya office English Time | | | |
| 2-151 | 06/03/2015 Warren Clark Konya office English Time | | | |
| 2-152 | 06/04/2015 English Time Interview | | | |
| 2-153 | 06/11/2015 Warren Travel | | | |
| 2-154 | 08/03/2015 Clark in Islamic State | | | |
| 2-155 | 08/08/2015 Worried Parents | | | |
| 2-156 | 08/08/2015 Chris money transfer | | | |
| 2-157 | 08/10/2015 Email to Clark's Sister | | | |
| 2-158 | 08/11/2015 Chris money | | | |
| 2-159 | 08/12/2015 State Department Email to Warren Clark | | | |
| 2-160 | 08/12/2015 Chris money | | | |
| 2-161 | 08/12/2015 Chris money | | | |
| 2-162 | 08/17/2015 Chris money | | | |
| 2-163 | 08/30/2015 Chris | | | |
| 2-164 | 08/30/2015 Chris | | | |
| 2-165 | 08/30/2015 Chris | | | |
| 2-166 | 09/11/2015 Clark not returning to US | | | |
| 2-167 | 09/11/2015 Email Re: Not Returning to US | | | |
| 2-168 | 09/11/2015 Email Re: Not Returning to US | | | |
| 2-169 | 09/11/2015 Email Re: Not Returning to US | | | |
| 2-170 | 09/11/2015 Email Re: Not Returning to US | | | |
| 2-171 | 09/11/2015 Re: Chris email | | | |
| 2-172 | 09/13/2015 Chris | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 2-173 | 09/22/2015 Re: How is it going | | | |
| 2-174 | 09/28/2015 Chris | | | |
| 2-175 | 09/28/2015 Chris | | | |
| | | | | |
| 3 | Facebook Account - 1899812076911356_1590 | | | |
| 3A | Facebook Business Records Declaration | | | |
| 3-1 | 10/14/2013 Comment | | | |
| 3-2 | 05/26/2014 Status | | | |
| 3-3 | 06/28/2014 Status | | | |
| 3-4 | 07/03/2014 Status | | | |
| 3-5 | 07/09/2014 Status | | | |
| 3-6 | 07/12/2014 New Photo | | | |
| 3-6A | 07/12/2014 New Photo | | | |
| 3-7 | 07/18/2014 Status | | | |
| 3-8 | 07/19/2014 Status with video | | | |
| 3-9 | 07/23/2014 Comment | | | |
| 3-10 | 07/24/2014 Comment | | | |
| 3-11 | 07/27/2014 Status with Link | | | |
| 3-12 | Post of Dabiq Second issue July 28, 2014 | | | |
| 3-13 | 08/03/2014 Timeline Photo | | | |
| 3-14 | 08/09/2014 Comment | | | |
| 3-15 | 08/09/2014 Comment | | | |
| 3-16 | 08/11/2014 Status | | | |
| 3-17 | 08/13/2014 Comment | | | |
| 3-18 | 08/14/2014 Comment | | | |
| 3-19 | 08/16/2014 Story – Link – Anwar Al-Awlaki | | | |
| 3-20 | 08/16/2014 Status with link | | | |
| 3-21 | 08/17/2014 Comment | | | |
| 3-22 | 08/17/2014 Comment | | | |
| 3-23 | 08/18/2014 Comment | | | |
| 3-24 | 08/18/2014 Timeline Photos | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 3-24A | 08/18/2014 Status with Photo | | | |
| 3-25 | 08/19/2014 Comment | | | |
| 3-26 | 08/19/2014 Comment | | | |
| 3-27 | 08/19/2014 Comment | | | |
| 3-28 | 08/20/2014 Comment | | | |
| 3-29 | 08/20/2014 Comment | | | |
| 3-30 | 08/20/2014 Comment | | | |
| 3-31 | 08/20/2014 Comment | | | |
| 3-32 | 08/20/2014 Comment | | | |
| 3-33 | 08/20/2014 Comment | | | |
| 3-34 | 08/21/2014 Comment | | | |
| 3-35 | 08/23/2014 Comment | | | |
| 3-36 | 08/24/2014 Comment | | | |
| 3-37 | 08/20/2014 Timeline Photo | | | |
| 3-37A | 08/20/2014 Status with Photo | | | |
| 3-38 | 08/28/2014 Status | | | |
| 3-39 | 09/02/2014 Comment | | | |
| 3-40 | 09/04/2014 Story | | | |
| 3-41 | 09/04/2014 Comment | | | |
| 3-42 | 09/05/2014 Comment | | | |
| 3-43 | 09/06/2014 Comment | | | |
| 3-44 | 09/07/2014 Story | | | |
| 3-45 | 09/07/2014 Story | | | |
| 3-46 | 09/07/2014 Comment | | | |
| 3-47 | 09/07/2014 Comment | | | |
| 3-48 | 09/09/2014 Story | | | |
| 3-49 | 09/09/2014 Comment | | | |
| 3-50 | 09/09/2014 Comment | | | |
| 3-51 | 09/09/2014 Comment | | | |
| 3-52 | 09/10/2014 Story | | | |
| 3-53 | 09/10/2014 Comment | | | |
| 3-54 | 09/10/2014 Comment | | | |
| 3-55 | 09/10/2014 Comment | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 3-56 | 09/11/2014 Status | | | |
| 3-57 | 09/13/2014 Comment | | | |
| 3-58 | 09/14/2014 Comment | | | |
| 3-59 | 09/15/2014 Comment | | | |
| 3-60 | 09/16/2014 Comment | | | |
| 3-61 | 09/17/2014 Comment | | | |
| 3-62 | 09/18/2014 Comment | | | |
| 3-63 | 09/18/2014 Comment | | | |
| 3-64 | 09/18/2014 Comment | | | |
| 3-65 | 09/19/2014 Status | | | |
| 3-66 | 09/20/2014 Comment | | | |
| 3-67 | 09/22/2014 Comment | | | |
| 3-68 | 09/23/2014 Story | | | |
| 3-69 | 09/23/2014 Status | | | |
| 3-70 | 09/24/2014 Story | | | |
| 3-71 | 09/25/2014 Comment | | | |
| 3-72 | 09/25/2014 Comment | | | |
| 3-73 | 09/28/2014 Comment | | | |
| 3-74 | 09/28/2014 Comment | | | |
| 3-75 | 10/01/2014 Comment | | | |
| 3-76 | 10/01/2014 Comment | | | |
| 3-77 | 10/04/2014 Comment | | | |
| 3-78 | 10/08/2014 Shared a Link | | | |
| 3-79 | 10/08/2014 Comment | | | |
| 3-80 | 10/17/2014 Comment | | | |
| 3-81 | 10/20/2014 Comment | | | |
| 3-82 | 11/07/2014 Comment | | | |
| 3-83 | 11/08/2014 Comment | | | |
| 3-84 | 11/09/2014 Comment | | | |
| 3-85 | 11/09/2014 Comment | | | |
| 3-86 | 01/13/2015 Story | | | |
| 3-87 | 11/10/2014 Status with Photo | | | |
| 3-87A | 11/10/2014 Status with Photo | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 3-88 | 11/16/2014 Comment | | | |
| 3-89 | 11/19/2014 Story | | | |
| 3-90 | 11/20/2014 Comment | | | |
| 3-91 | 11/24/2014 Comment | | | |
| 3-92 | 11/26/2014 Story | | | |
| 3-93 | 11/26/2014 Comment | | | |
| 3-94 | 11/27/2014 Story | | | |
| 3-94A | 11/27/2014 Status with Photo | | | |
| 3-95 | 11/27/2014 Comment | | | |
| 3-96 | 11/30/2014 Comment | | | |
| 3-97 | 12/01/2014 Story | | | |
| 3-98 | 12/07/2014 Story | | | |
| 3-99 | 12/08/2014 Comment | | | |
| 3-100 | 12/10/2014 Comment | | | |
| 3-101 | 12/11/2014 Comment | | | |
| 3-102 | 12/12/2014 Comment | | | |
| 3-103 | 12/24/2014 Story | | | |
| 3-104 | 12/31/2014 Story | | | |
| 3-105 | 01/05/2015 Story | | | |
| 3-106 | 01/08/2015 Story | | | |
| 3-107 | 01/10/2015 Story | | | |
| 3-108 | 01/13/2015 Comment re ISIS Video | | | |
| 3-109 | 01/28/2015 Comment | | | |
| 3-110 | 02/03/2015 Timeline Photo | | | |
| 3-111 | 12/11/2014 Story | | | |
| 3-111A | 12/11/2014 New photo to the album Timeline Photos. | | | |
| 3-112 | 07/09/2014 Post of Dabiq's First issue | | | |
| 3-112A | 07/09/2014 - Posting of Dabiq | | | |
| 3-113 | 09/04/2014 Post of Dabiq's Third issue | | | |
| 3-113A | 09/04/2014 – Posting of Dabiq | | | |
| 3-114 | 01/16/2015 Comment | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 3-115 | 10/08/2014 - Clark Message re Post about Clark | | | |
| 3-116 | 09/28/2014 – 01/04/2015 Clark messages re ISIS with Christopher | | | |
| 3-117 | 07/14/2014 – Timeline Photo | | | |
| 3-118 | 07/12/2014 – Timeline Photo | | | |
| 3-119 | 08/05/2014 – Timeline Photo | | | |
| 3-120 | 08/20/2014 - Timeline Photo with ISIS Flag | | | |
| 3-121 | 08/20/2014 - Timeline Photo with ISIS Flag | | | |
| 3-122 | 08/20/2014 - Timeline Photo with ISIS Flag | | | |
| 3-123 | 02/10/2015 – Facebook Disabled | | | |
| 3-124 | 11/24/2014 - Story | | | |
| 3-125 | 11/22/2014 – Posting of New Dabiq | | | |
| 3-126 | 07/28/2014 – 2nd Post of Dabiq | | | |
| | | | | |
| 4 | Facebook Account 1650935801848956_4418 | | | |
| 4A | Facebook Business Records Declaration | | | |
| 4-1 | 04/18/2015 Link and Comment | | | |
| 4-2 | 04/19/2015 -09/13/2015 Clark Messages with CHS | | | |
| 4-3 | 04/21/2015 Story - Ziko | | | |
| 4-4 | 04/21/2015 – 04/22/2015 Clark Messages with Ziko | | | |
| 4-5 | 04/27/2015 Clark Messages with Iman | | | |
| 4-6 | 04/29/2015 Message | | | |
| 4-7 | 04/30/2015 Message | | | |
| 4-8 | 05/03/2015 Comment | | | |
| 4-9 | 05/03/2015 Status | | | |
| 4-10 | 05/04/2015 Comment | | | |
| 4-11 | 05/06/2015 Comment | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 4-12 | 05/06/2015 Comment | | | |
| 4-13 | 05/06/2015 Status | | | |
| 4-14 | 05/10/2015 Message | | | |
| 4-15 | 05/12/2015 Message | | | |
| 4-16 | 05/12/2015 Message | | | |
| 4-17 | 05/14/2015 Message | | | |
| 4-18 | 05/15/2015 Story – Baghdadi Speech and Message | | | |
| 4-19 | 05/15/2015 Story and Link - Baghdadi Kaliph Speech | | | |
| 4-20 | 05/15/2015 Message | | | |
| 4-21 | 05/15/2015 Message | | | |
| 4-22 | 05/16/2015 Message - Clark Terminated from English Time | | | |
| 4-23 | 05/16/2015 Message – | | | |
| 4-24 | 04/27/2015 Messages with Ziko | | | |
| 4-25 | 05/18/2015 Comment re: Fall of Ramadi | | | |
| 4-26 | 05/23/2015 Link | | | |
| 4-27 | 05/25/2015 Message | | | |
| 4-28 | 05/25/2015 Message | | | |
| 4-29 | 05/26/2015 Message | | | |
| 4-30 | 05/28/2015 Comment | | | |
| 4-31 | 05/28/2015 Status | | | |
| 4-32 | 05/31/2015 Comment | | | |
| 4-33 | 06/03/2015 Message | | | |
| 4-34 | 06/06/2015 Comment | | | |
| 4-35 | 06/06/2015 Comment | | | |
| 4-36 | 06/06/2015 Comment | | | |
| 4-37 | 06/08/2015 Comment | | | |
| 4-38 | 06/08/2015 Comment | | | |
| 4-39 | 06/09/2015 Message | | | |
| 4-40 | 06/08/2015 Comment | | | |
| 4-41 | 06/09/2015 Comment | | | |
| 4-42 | 06/10/2015 Comment | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 4-43 | 06/10/2015 Comment | | | |
| 4-44 | 06/10/2015 Comment | | | |
| 4-45 | 06/10/2015 Comment | | | |
| 4-46 | 06/14/2015 Comment | | | |
| 4-47 | 06/14/2015 Comment | | | |
| 4-48 | 06/14/2015 Comment | | | |
| 4-49 | 06/15/2015 Comment | | | |
| 4-50 | 06/15/2015 Comment | | | |
| 4-51 | 06/15/2015 Comment | | | |
| 4-52 | 06/15/2015 Comment | | | |
| 4-53 | 06/15/2015 Comment | | | |
| 4-54 | 06/16/2015 Message | | | |
| 4-55 | 06/17/2015 Comment | | | |
| 4-56 | 09/08/2015 Status re: Living in Islamic State | | | |
| 4-57 | 06/14/2015 Comment | | | |
| | | | | |
| | | | | |
| 5-1 | Facebook Account 1590: Search Warrant Return reorder by CCIPS | | | |
| 5-2 | Facebook Account 4418: Search Warrant Return reorder by CCIPS | | | |
| | | | | |
| 6 | Department of State Records | | | |
| 6-1 | 08/19/2015 Department of State – Erbil Consulate Communication RE Clark | | | |
| 6-2 | 07/23/2015 Department of State – Diplomatic Note – Turkey – Re: Clark | | | |
| 6-3 | 07/24/2015 Department of State – Activity Log – Re: Clark | | | |
| 6-4 | 08/07/2015 Department of State – Activity Log – Re: Clark | | | |
| 6-5 | 08/09/2015 Department of State – Activity Log – Re: Clark | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
|  |  |  |  |  |
| 6-6 | 08/25/2015 Department of State – Welfare and Whereabouts Service Summary |  |  |  |
| 6-7 | 08/17/2015 Turkish Government Response |  |  |  |
| 6-8 | 08/07/2015 Turkish Government Response |  |  |  |
|  |  |  |  |  |
| 7 | YouTube Screenshot: Jihadi Fan Club Feed |  |  |  |
| 8 | YouTube Screenshot: Jihadi Fan Club Home Page |  |  |  |
| 9 | YouTube Screenshot: Jihadi Fan Club Home Page |  |  |  |
| 10 | YouTube Screenshot: Jihadi Fan Club Home Page |  |  |  |
| 11 | YouTube Screenshot: Jihadi Fan Club Videos Page |  |  |  |
| 12 | YouTube Screenshot: Jihadi Fan Club Playlists Page |  |  |  |
| 13 | YouTube Screenshot: Jihadi Fan Club Channels Page |  |  |  |
| 14 | YouTube Screenshot: Jihadi Fan Club About Page |  |  |  |
| 15 | Warren Clark Cover Letter and Resume |  |  |  |
| 16 | US Customs Travel Documents |  |  |  |
| 17 | US Customs Travel Documents |  |  |  |
| 18 | 05/16/2014 - US Customs Phone Examination Report – Phone Examination Report Index |  |  |  |
| 19 | 05/17/2014 - US Customs Phone Examination Report – Phone Incoming Calls Lists |  |  |  |
| 20 | 05/17/2014 - US Customs Phone Examination Report – Phone Contacts |  |  |  |
| 21 | 05/17/2014 - US Customs Phone Examination Report – Text Messages |  |  |  |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 22 | 08/18/2014 Warren Clark Facebook Screen Shot | | | |
| 23 | Warren Clark Facebook Document | | | |
| 24 | Facebook Screenshot by Z.K. of Warren Clarks Facebook 2014 | | | |
| 25 | Warren Clark Resume and Saudi Aramco Background Investigation | | | |
| 26 | Saudi Aramco Employment Records | | | |
| 27 | Saudi Aramco Documents Re: Warren Clark Background Investigation – David Cobb Investigator | | | |
| 28 | Warren Clark Twitter Screen Shot by FBI | | | |
| 29 | Saudi Aramco Background Investigation | | | |
| 30 | 02/27/2015 Saudi Aramco Travel Documents for Warren Clark | | | |
| 31 | Saudi Aramco Application for Employment | | | |
| 32 | 03/02/2015 Saudi Aramco Memo Re: Warren Clark Departure from Saudi Arabia | | | |
| 33 | 03/05/2015 Saudi Aramco Email Re: Warren Clark Paycheck | | | |
| 34 | Warren Clark Facebook Screen Shot | | | |
| 35 | Warren Clark Facebook Screen Shot | | | |
| 36 | Warren Clark Facebook Screen Shot | | | |
| 37 | Warren Clark Facebook Screen Shot | | | |
| 38 | 03/10/2015 Saudi Aramco Email: Re Warren Clark Paycheck | | | |
| 39 | Warren Clark Facebook Post Screenshot | | | |
| 40 | Warren Clark Facebook Post Screenshot | | | |
| 41 | Warren Clark Facebook Post Screenshot re: Facebook Groups | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 42 | Warren Clark Facebook Post Screenshot | | | |
| 43 | Warren Clark Facebook Post Screenshot | | | |
| 44 | Warren Clark Facebook Post Screenshot re: Palestinian Brother | | | |
| 45 | 05/06/2015 Saudi Aramco Email: Re Warren Clark's Location | | | |
| 46 | 05/11/2015 Saudi Aramco Email: Re Warren Clark's Phone Number | | | |
| 47 | Warren Clark Screen Shot of Facebook Posts | | | |
| 48 | Warren Clark Screen Shot of Facebook Posts | | | |
| 49 | WhatsApp Business Record re Warren Clark | | | |
| 49A | WhatsApp Business Record Affidavit | | | |
| 50 | LinkedIn Business Records | | | |
| 50A | LinkedIn Business Record Affidavit | | | |
| 50B | Email from LinkedIn Re Business Records | | | |
| 51 | Misc. Messenger Chats | | | |
| 52 | Telegram Chats: Re Warren Clark | | | |
| 53 | SDF Paperwork Re Arrest Warren Clark | | | |
| 54 | SDF Paperwork Re Arrest Warren Clark Translation | | | |
| 55 | ISIS Records Re: Warren Clark | | | |
| 56 | Translation of ISIS Records Re: Warren Clark | | | |
| 57 | NBC Interview of Clark | | | |
| 58 | Ghost of Sugar Land Movie (Netflix) | | | |
| 59 | Chain of Custody Form for ISIS Documents | | | |

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 60 | Analysis of Hard Drive containing ISIS Records Re: Warren Clark | | | |
| 61 | Warren Clark Photo Spread | | | |
| 62 | Composite | | | |
| 63 | Picture of Seagate 500 GB Hard drive containing Warren Clark's ISIS arrest warrant | | | |
| 63A | Enlarged Picture of Seagate 500 GB Hard drive containing Warren Clark's ISIS arrest warrant | | | |
| 64 | 03/31/2013 Clark IAH Secondary Encounter 1 | | | |
| 65 | 05/16/2014 Clark IAH Secondary Encounter 2 | | | |
| 66 | United Flight Certified Records | | | |
| 67 | DHS Clark Travel Records | | | |
| 68 | Dabiq Issue 1 | | | |
| 69 | Dabiq Issue 2 | | | |
| 70 | Dabiq Issue 3 | | | |
| 71 | Denmark Records re: known person | | | |