**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 3:19cr00002(s)** |
| | § | |
| **WARREN C. CLARK** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE of INTENT to ADMIT RECORDS BY CERTIFICATIONS and to USE the**
**RESIDUAL HEARSAY CLAUSE EXCEPTION to the HEARSAY RULE**

The United States of America, by and through its attorneys, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and S. Mark McIntyre and Craig M. Feazel, Assistant United States Attorneys, and Michael J. Dittoe, Trial Attorney for the National Security Division, Department of Justice and hereby files notice of its intent to admit business records via certifications, a foreign public record via certification, and of its intent to invoke the residual clause to the rule against hearsay to admit certain records obtained overseas.

Pursuant to Federal Rule of Evidence (Fed. R. Evid. or Rule) 902(11) (Certified Records of Regularly Conducted Activity), Rule 902(13) (Certified Records Generated by an Electronic Process or System), and Rule 902(14) (Certified Data Copied from an Electronic Device or Storage Medium), the Government herby provides notice of its intent to offer the following records using the attached certifications:

- Exhibit 2 and its sub-exhibits (Exhibits 2-1 through 2-175) consisting of the Defendant's Yahoo account records. Certificates are attached as Ex. 2-A and Ex. 2-B

- Exhibit 3 and its sub-exhibits (Exhibits 3-1 through 3-126) consisting of the Defendant's Facebook account records from account 1590. Certificate is attached as Ex. 3-A.

- Exhibit 4 and its sub-exhibits (Exhibits 4-1 through 4-47) consisting of the Defendant's Facebook records from account 4418. Certificate is attached as Ex. 4-A

- Exhibit 50 consisting of Defendant's LinkedIn Records. Certificate is attached as Ex. 50A.

In this case, the government will be submitting the certificates only to the court for its use in determining the admissibility of the business records in question and will not be submitting the certificates to the jury or other trier of fact as testimonial evidence. *Cf United States v. Noria*, 945 F.3d 847, 855-860 (5th Cir. 2019) (admitting records) *with United States v. Martinez-Rios*, 595 F.3d 581 585-87 (5th Cir. 2010) (holding that the admission of a certificate of the non-existence of a record violated the confrontation clause because the certificate itself was testimonial).

Additionally, the Government under Fed. R. Evid. 902(3) (relating to foreign public documents), provides notice that it will be seeking to admit Exhibit 71, consisting of certified foreign records from Denmark related to the Defendant's co-conspirator. This record and certification have been previously provided to defense counsel and the certificate is attached hereto as Ex. 71.

Furthermore, the Government provides notice that it seeks to offer captured ISIS records, (Exhibits 55, 56, and 60), Clark's application to teach English for ISIS, Exhibit 15, and records

from the Syrian Democratic Forces, Exhibits 53 & 54, under Fed. R. Evid. 807 (the residual

hearsay clause clause). These records have been previously provided to defense counsel.

Respectfully Submitted,

Alamdar S. Hamdani
United States Attorney

_/s/_ *S. Mark McIntyre*_____
S. Mark McIntyre
Craig M. Feazel
Assistant United States Attorneys

_/s/_ Michael J. Dittoe_____
Michael J. Dittoe
Trial Attorney
Counterterrorism Section
National Security Division
Department of Justice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been served on the attorneys of record in the above captioned case, via CM/ECF.

By: */s/* S. Mark McIntyre
S. Mark McIntyre
Assistant United States Attorney

Dated:   September 15, 2023

**BUSINESS RECORDS DECLARATION**

Request for information regarding:      )          **DECLARATION OF**
warrenclark64@yahoo.com            )          **KENDRA PUCKETT**
                                    )

I, Kendra Puckett, declare:

1.  I am a Custodian of Records for Oath Holdings Inc. ("Oath") (formerly Yahoo Holdings, Inc.), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Oath. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a search warrant dated May 9, 2019 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  Attached hereto is true and correct copies of the following data pertaining to the user account identified in the request: (1) the user profile, as produced by the Yahoo Account Management Tool and (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any), as produced by the Yahoo Login Tracker Tool. Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Oath may not require or verify user information because it offers many of its services to users for free.

3.  To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: _____June 4, 2019_____

_____
Kendra Puckett, Custodian of Records

Internal reference number: 413113



**GOVERNMENT EXHIBIT**
2A
_____
3:19-CR-00002

# BUSINESS RECORDS DECLARATION

Request for information regarding:　　　　)　　**DECLARATION OF**
warrenclark64@yahoo.com　　　　　　　)　　**OLHA TOKALENKO**
――――――――――――――――――――　　)

I, Olha Tokalenko, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a search warrant dated October 16, 2015 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto is 1 CD-R/DVD-R that contains true and correct copies of the following data pertaining to the user account identified in the request: (1) the user profile, as produced by the Yahoo Account Management Tool; (2) subscriber information, as produced by the Yahoo Billing Tool; (3) the dates, times, and Internet protocol addresses for logins; (4) the Messenger friends list, as produced by the Yahoo Account Management Tool; (5) a snapshot of the email account contents maintained in the account; (6) a snapshot of the messenger account contents maintained in the account; and (7) the Address Book contents. Yahoo's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo may not require or verify user information because it offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: _*October 28, 2015*_　　　　_Olha Tokalenko_

Olha Tokalenko, Custodian of Records

Internal reference number: 281286



**GOVERNMENT EXHIBIT**
2B
**3:19-CR-00002**

### Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I,    Jonathan Kirk , certify:

1.    I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.    I have reviewed our records in this case, which indicate that on October 16th, 2015, Facebook received a search warrant for case #G-15-MJ-76, issued by United States Magistrate Judge John R. Froeschner, requesting Basic Subscriber Information, IP logs, Transactional Information, Messages, Videos, Photos and Other Content for UIDs 100006176891590, 100009386474418, and 100009081529140.

3.    In response to the warrant, Facebook provided responsive records on November 2nd, 2015.

4.    The records provided were an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user. Facebook no longer retains a copy of the records provided.

5.    I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: 11/10/2021

*Jonathan Kirk*

Jonathan Kirk
Custodian of Records



**GOVERNMENT EXHIBIT**

3A

**3:19-CR-00002**

### Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I,    Jonathan Kirk , certify:

1.    I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.    I have reviewed our records in this case, which indicate that on October 16th, 2015, Facebook received a search warrant for case #G-15-MJ-76, issued by United States Magistrate Judge John R. Froeschner, requesting Basic Subscriber Information, IP logs, Transactional Information, Messages, Videos, Photos and Other Content for UIDs 100006176891590, 100009386474418, and 100009081529140.

3.    In response to the warrant, Facebook provided responsive records on November 2nd, 2015.

4.    The records provided were an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user. Facebook no longer retains a copy of the records provided.

5.    I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: 11/10/2021

*Jonathan Kirk*

Jonathan Kirk
Custodian of Records

**GOVERNMENT EXHIBIT**

4A

**3:19-CR-00002**



2029 Stierlin Court
Mountain View, CA  94043
650-687-3600 (T)  650-810-2897 (F)
www.linkedin.com

## BUSINESS RECORDS AFFIDAVIT

My name is, *Jennifer Muller*, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am an authorized custodian of records at LinkedIn Corporation.

Attached hereto are true and correct copies of records kept by LinkedIn Corporation.

These records are kept by LinkedIn Corporation as a regular practice in the course of regularly conducted business activity.

These records were made at or near the time of the occurrence of the matter(s) set forth in the records or reasonably soon thereafter.

*Jennifer Muller*
*Signature*

*Jennifer Muller*
*Printed Name*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of *Nebraska*
County of *Douglas*

Subscribed and sworn to (or affirmed) before me on this *27th* day of *June*, 20 *16*,
_____ Date _____ Month _____ Year

*Janet Malsam*
*Printed Name*

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Janet Malsam*
*Signature of Notary Public*

State of Nebraska - General Notary
JANET L MALSAM
My Commission Expires
August 31, 2018

*Place Notary Seal Above*

GOVERNMENT
EXHIBIT
50A
3:19-CR-00002

3

## FINAL CERTIFICATION

_____
(Country)

_____
(State, province, etc.)   KINGDOM OF DENMARK
CITY OF COPENHAGEN
EMBASSY OF THE UNITED
_____STATES OF AMERICA
(City)

_____
(Name of consular post)
of the United States of America

)
)
)
)
)
)
)   ss:
)
)
)
)
)
)

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Denmark to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Daniel Solten_
(Typed name of official(s) who executed the annexed document)

_[signature]_
(Signature of Consular Officer)
CHRISTINE M. FAGAN
CONSUL
(Typed name of Consular Officer)
Consul of the United States of America
CHRISTINE M. FAGAN
CONSUL
(Title of Consular Officer)

03/15/2023
(Date)

GOVERNMENT
EXHIBIT
3:19-cr-0002

71