## SENTENCE DATA SHEET

**DEFENDANT:**    Warren C. Clark

**CRIMINAL NO:**  3:19cr00002(s)

**GUILTY PLEA:**        Count One (Title 18, United States Code, Section 2339D)
(Receipt of Military-Type Training from a Designated
Foreign Terrorist Organization)

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (C)
Defendant agrees to enter a guilty plea to Count One of the Information; waive his
right to appeal and collateral attack, except for a claim of ineffective assistance of
counsel.  The United States and the Defendant agree that Defendant's plea of guilty
is made pursuant to Federal Rule of Criminal Procedure 11(c)(1)(A) and (C) and
that a sentence of incarceration of ten (10) years with a period of supervised release of
life is an appropriate sentence in this matter. The parties also agree that U.S.S.G.
section 3A1.4 applies in this case.

**COUNT ONE:**         Title 18, United States Code, Section 2339D) (Receipt of
Military-Type Training from a Designated Foreign
Terrorist Organization)

**ELEMENTS: Receipt of Military-Type Training**

  A. That the defendant received military-type training from or on
     behalf of an organization;
  B. That the organization was a designated FTO at the time of the
     training;
  C. That the defendant acted knowingly, that is the defendant had
     knowledge that the organization was a designated terrorist
     organization, or engaged in terrorist activity, or engaged in
     terrorism; and
  D. That the offense occurred in the extraterritorial jurisdiction of the
     United States.

1

**PENALTIES:**                <u>Count One</u> – A term of imprisonment of up to 10 years; and/or a fine of not more than $250,000

**SENTENCING GUIDELINES:**    Advisory

**SUPERVISED RELEASE:**       Up to Life

**SPECIAL ASSESSMENT:**       $100 per count of conviction

**ATTACHMENT:**               Plea Agreement