**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CRIMINAL NO. 3:19cr00002** |
| **VS.** | § | |
| | § | |
| **WARREN C. CLARK** | § | |
| **Defendant.** | | |

### WAIVER OF STATUTE OF LIMITATIONS

I, Warren C. Clark, the above-named defendant, am charged by the United States with the following: that beginning in or about June 2015, and continuing thereafter, the exact date being unknown, until or about September 2015, the exact date being unknown, the defendant Warren C. Clark, a national of the United States, whose last known place of residence was in the Southern District of Texas and who was first brought to the Southern District of Texas, in Syria and elsewhere out of the jurisdiction of any particular state or district, did knowingly receive military type training from and on behalf of the Islamic State of Iraq and al-Sham (ISIS), to wit, training in the use of firearms and other military measures, ISIS being at all relevant times designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, and the defendant knowing that ISIS was a designated foreign terrorist organization and knowing that the organization has engaged in and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339D and 3238.

I, Warren C. Clark, being advised of the nature of the charges, the proposed information,

1

and my rights, hereby waive in open court on October 10, 2023, any claim by me that the charges to which I have agreed to plead guilty to, are time barred by any statute of limitations. I further waive any claim regarding the statute of limitations on both direct appeal and collateral attack upon any resulting judgment and sentence that is imposed by the Court as a result of my plea of guilty.

By: _____
Warren C. Clark
Defendant

By: _____
Paul Doyle
Attorney for Defendant

Approved:

_____
Honorable George C. Hanks, Jr.
United States District Judge
Southern District of Texas

2