Warren Christopher Clark (Inmate No. 80744479)
FCI PO Box 1000
Leavenworth, Kansas 66048

United States Courts
Southern District of Texas
F I L E D

JUL 0 9 2025
4000140096
Nathan Ochsner, Clerk of Court

July 9th, 2025

Office of the Clerk
U.S. District Court
P.O Box 61010
Houston, Texas 77206 .

Ref: Warren C. Clark, Case 3:19-cr-00002 (Appeal Request)

To the Honorable U.S. District Court -

I am writing a request for an assignment of Counsel to make a motion to vacate the sentence of supervised release. I was sentenced to ten years in prison with lifetime supervision—an **extreme and unjustified sentence** that **violates due process** and constitutes **cruel and unusual punishment**, especially given the nature of the case and my criminal history. Additionally, the sentencing Judge did not provide justification or reasoning for imposing such a severe punishment, as is required in cases involving extraordinary conditions like lifetime supervision.

I also believe my right to appeal was compromised due to ineffective assistance of counsel. My attorney, Trevor Shannon, advised me that I could only appeal the lifetime supervision after my release in 2027 and based on my post-release behavior. He failed to inform me that I had the right to appeal immediately after sentencing, and he never explained the proper process for doing so. Despite my clear objections to lifetime supervision prior to sentencing, he misled me into thinking that this punishment was not significant and could easily be removed later.

Moreover, he did not inform me that I had the right to court-appointed counsel for post-sentencing matters. I have repeatedly requested a copy of the sentencing transcript from him, which I have not received, and I have not had any communication with him since February 8, 2024 (the court sentence date).

Due to the limitations of prison communication, I respectfully request that any follow-up or coordination regarding this matter be directed through my parents, who are helping me pursue this appeal:

-    Betty and Warren Clark
-    4827 Caladium Drive
-    Sugar Land, TX 77479
-    Phone Number: 713-540-2211 or 832-419-3880

Given these circumstances, I respectfully ask the Court to file my appeal and appoint counsel to assist in challenging the supervised release condition of my sentence.

Sincerely,

Warren Christopher Clark