United States District Court
Southern District of Texas
**ENTERED**
November 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 3:19-cr-2 |
| | § | |
| WARREN CHRISTOPHER CLARK | § | |

## **ORDER**

Before the court is the defendant's pro se motion to appoint counsel to assist him with vacating his sentence of supervised release Dkt. 144.

Because the defendant's notice of appeal is untimely (Dkt. 143), the court denies the motion to appoint counsel. Fed. R. App. P. 4(b)(1)(A).

Signed on Galveston Island this 4th day of November, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE