# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*January 07, 2026*

Nathan Ochsner, Clerk of Court

No. 25-40425

United States Court of Appeals
Fifth Circuit
**FILED**
January 7, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

WARREN C. CLARK,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:19-CR-2-1

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as of January 7, 2026, for want of prosecution. The appellant failed to timely file motion for appointment of counsel with.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*S. Rasheed*

By: _____
Shatyra Rasheed, Deputy Clerk

ENTERED AT THE DIRECTION OF THE
COURT

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 07, 2026

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

        No. 25-40425    USA v. Clark
                        USDC No. 3:19-CR-2-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *S-Rasheed*

                    By: _____
                    Shatyra Rasheed, Deputy Clerk


cc:
    Mr. Warren C. Clark
    Ms. Carmen Castillo Mitchell